# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3644

_____

JASON MAKOTO BRITTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
T. Patterson Maney, Judge.

April 10, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.140(b)(3). Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce Miller, Public Defender, and John David Snell, Assistant Public Defender, Shalimar, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.